E. Evans Wohlforth, Jr. Esq.
Arielle E. Katz, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
ewohlforth@gibbonslaw.com
akatz@gibbonslaw.com
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OPEN MRI AND IMAGING OF RP VESTIBULAR DIAGNOSTICS, P.A.,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:20-cv-10345 (KM)(ESK)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION TO STAY DISCOVERY** |

To:   Peter L. Nichols, Esq.
       Levine DeSantis, LLC
       530 Morris Avenue, Suite 300
       Springfield, New Jersey 07081

Counsel:

**PLEASE TAKE NOTICE** that on September 2, 2021 at 12:00 p.m.[1], Defendant Cigna Health and Life Insurance Company, ("Cigna"), by and through its counsel, Gibbons P.C., will move before the Honorable Edward S. Kiel, U.S.M.J., of the United States District Court for the District of New Jersey, for an Order staying discovery pending resolution of Cigna's Motion to Dismiss Plaintiff's Second Amended Complaint.

---

[1] This date and time has already been set by the Court. [ECF No. 43].

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Cigna will rely upon the accompanying letter brief, Declaration of Emily D. Russell, and all other papers of record filed in this matter.

**PLEASE TAKE NOTICE** that oral argument is requested, and has already been scheduled by the Court for September 2, 2021 at 12:00 p.m. [ECF No. 43].

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated:  August 6, 2021        By: s/ E. Evans Wohlforth, Jr.
       Newark, New Jersey              E. Evans Wohlforth, Jr. Esq.
                                                            Arielle E. Katz, Esq.
                                                            **GIBBONS P.C.**
                                                            One Gateway Center
                                                            Newark, New Jersey  07102-5310
                                                            Telephone:  (973) 596-4500
                                                            Facsimile:   (973) 596-0545
                                                            ewohlforth@gibbonslaw.com
                                                            akatz@gibbonslaw.com

                                                            *Counsel for Defendant Cigna Health and Life Insurance Company*