UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OPEN MRI AND IMAGING OF RP VESTIBULAR DIAGNOSTICS, P.A.,**<br><br>Plaintiff,<br><br>v.<br><br>**CIGNA HEALTH AND LIFE INSURANCE CO.,**<br><br>Defendant. | Case No. 20–cv–10345–KM–ESK<br><br>ORDER |

  **THIS MATTER** having come before the Court on defendant's motion to stay discovery (Motion) (ECF No. 45); and plaintiff having filed an opposition to the Motion on August 21, 2021 (ECF No. 47); and for the reasons stated on the record on September 2, 2021,

  **IT IS** on this   **2nd** day of **September 2021**   **ORDERED** that:

  1. The Motion is **GRANTED**.   Discovery is stayed pending further order of the Court.   The Clerk of the Court is directed to terminate the Motion at **ECF No. 45**.

  2. A telephone status conference is scheduled for **November 18, 2021 at 9:30 a.m.** before Magistrate Judge Edward S. Kiel.   The dial in number is 1-888-684-8852 and the access code is 310-0383#.

                _/s/ Edward S. Kiel_
                **EDWARD S. KIEL**
                **UNITED STATES MAGISTRATE JUDGE**