UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **OPEN MRI AND IMAGING OF RP VESTIBULAR DIAGNOSTICS, P.A.,**<br>　　　　Plaintiff,<br><br>　v.<br><br>**CIGNA HEALTH AND LIFE INSURANCE COMPANY,**<br>　　　　Defendant. | No. 20-10345 (KM)(ESK)<br><br>ORDER |

**THIS MATTER** having come before the Court on the Report and Recommendation ("R&R") (DE 122) of the Honorable Edward S, Kiel, United States Magistrate Judge, recommending that defendant's third motion to dismiss (DE 91) be granted;

**AND IT APPEARING** that no party has filed an objection to the R&R;

**AND IT FURTHER APPEARING** that the Court, having considered all the foregoing and reviewed *de novo* the Magistrate Judge's R&R, finds no clear error of fact, abuse of discretion, or error of law, and agrees with Judge Kiel's well-reasoned analysis;

**AND THE COURT** having decided the matter without oral argument; for good cause shown, and for the reasons stated in the R&R:

**IT IS** this 14th day of September, 2023

**ORDERED** that Judge Kiel's Report and Recommendation (DE 122) is **ADOPTED**; and it is further

**ORDERED** that defendant's third motion to dismiss (DE 91) is **GRANTED** and the clerk shall close the case.

/s/ Kevin McNulty

_____
**Hon. Kevin McNulty**
**United States District Judge**